# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KAREL SPIKES, | CASE NO: 08-CV-1562 W (BLM) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 9]** |
| v. | |
| DIETER FISCHER'S STAR CAR SERVICE, INC., et al., | |
| Defendants. | |

Pending before the Court is a joint motion between Plaintiff and Defendants Dieter Fischer's Star Car Service, Inc. and Jurgen Dieter Fischer Trust dated November 18, 2004, to dismiss the lawsuit with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. No. 9.)

///
///
///

Each party shall bear their own costs and attorney's fees, except as otherwise set

1 | forth in the Settlement Agreement.  Additionally, in accordance with the stipulation, Magistrate Judge Barbara L. Major shall retain jurisdiction over all disputes arising out of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED:  December 12, 2008

_____
Hon. Thomas J. Whelan
United States District Judge